# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.    CASE NUMBER: 4:21CR50 RH/MAF

BRIAN BRAINARD WEDGEWORTH
  a/k/a "DR. BRIAN ANDERSON"
  a/k/a "DR. ANTHONY WATKINS"
  a/k/a "DR. BRIAN ADAMS"
  a/k/a "DR. EDWARD CHEN"
  a/k/a "DR. BRIAN CHRIS"
  a/k/a "DR. CHRIS WILLIAMSON"
  a/k/a "DR. BRIAN CHRISTOPHER WILLIAMSON"
  a/k/a "DR. BRIAN EDMONDS"
  a/k/a "DR. BRIAN AMMERSON"
  a/k/a "DR. BRIAN LAMAR WILSON"
  a/k/a "DR. BRIAN WILSON"
  a/k/a "DR. BRIAN MIMS"
  a/k/a "DR. BRIAN LAMAR SIMS"
                                     /

## ORDERS FOR WARRANT

On verbal request of the Acting United States Attorney, Northern District of

Florida, pursuant to an Indictment returned against the Defendants,

        BRIAN BRAINARD WEDGEWORTH
          a/k/a "DR. BRIAN ANDERSON"
          a/k/a "DR. ANTHONY WATKINS"
          a/k/a "DR. BRIAN ADAMS"
          a/k/a "DR. EDWARD CHEN"
          a/k/a "DR. BRIAN CHRIS"
          a/k/a "DR. CHRIS WILLIAMSON"
          a/k/a "DR. BRIAN CHRISTOPHER WILLIAMSON"
          a/k/a "DR. BRIAN EDMONDS"
          a/k/a "DR. BRIAN AMMERSON"




a/k/a "DR. BRIAN LAMAR WILSON"
a/k/a "DR. BRIAN WILSON"
a/k/a "DR. BRIAN MIMS"
a/k/a "DR. BRIAN LAMAR SIMS",

IT IS HEREBY ORDERED:

1. Warrant of arrest shall immediately issue upon such Indictment against the Defendants.

2. Bail shall be determined by the Judicial Officer at the time of arrest in accordance with the Bail Reform Act, and notation to such effect shall be placed upon the warrant.

DONE and ORDERED this 26 day of October 2021, at Gainesville, Florida.

GARY R. JONES
UNITED STATES MAGISTRATE JUDGE