IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 4:21cr50-RH-MAF

BRIAN BRAINARD WEDGEWORTH,

    Defendant.
_____/

## ORDER RESCHEDULING THE TRIAL

As announced on the record of the hearing on January 31, 2022, I find that the delay of the trial announced by this order is appropriate, for the reasons set out in the motion to continue and at the hearing. I find that the ends of justice that will be served by the continuance outweigh the interest of the public and the defendant in a speedier trial. Accordingly,

    IT IS ORDERED:

    1. The defendant's unopposed motion to continue, ECF No. 21, is granted.

    2. The clerk must re-notice the trial for Monday, August 1, 2022.

    3. Subpoenas are deemed amended to require attendance at the rescheduled

trial. The amendment is effective written or oral notice to the witness.

SO ORDERED on January 31, 2022.

<u>s/Robert L. Hinkle</u>
United States District Judge