IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NUMBER: 4:21CR50/RH-MAF

BRIAN BRAINARD WEDGEWORTH
  a/k/a "DR. BRIAN ANDERSON"
  a/k/a "DR. ANTHONY WATKINS"
  a/k/a "DR. BRIAN ADAMS"
  a/k/a "DR. EDWARD CHEN"
  a/k/a "DR. BRIAN CHRIS"
  a/k/a "DR. CHRIS WILLIAMSON"
  a/k/a "DR. BRIAN CHRISTOPHER WILLIAMSON"
  a/k/a "DR. BRIAN EDMONDS"
  a/k/a "DR. BRIAN AMMERSON"
  a/k/a "DR. BRIAN LAMAR WILSON"
  a/k/a "DR. BRIAN WILSON"
  a/k/a "DR. BRIAN MIMS"
  a/k/a "DR. BRIAN LAMAR SIMS"
                                        /

## STATEMENT OF FACTS

The parties agree with the truthfulness of the following factual basis for the

Defendant's guilty plea.  The undersigned parties further agree that not all of the

facts known from this investigation are contained in this brief summary.  Defendant

admits that, if this case were to proceed to trial, the Government could prove the

facts alleged in Sections A and C of Counts One through Fourteen (which are

incorporated by reference herein), and the following facts, beyond a reasonable

doubt:

FILED IN OPEN COURT ON                    1
5/19/22 cm

United States District Court
Northern District of Florida

### Summary

Defendant used multiple online dating websites to meet women located all over the country to develop a romantic relationship with them.  In doing so, Wedgeworth posed as a physician and told the women (hereinafter "victims") that he met that he would help them financially.  The victims gave Defendant their banking and loan information, including account numbers, logins, and passwords.  Defendant then issued electronic payments to the victims' credit card companies, mortgage lenders, student loans and other creditors.  Before the payments cleared and posted to the victim's financial accounts and loans, Defendant explained to the victims that because he paid their bills, he didn't have the necessary funds to pay the expenses primarily for his (fictitious) medical practice (and other false pretenses), and ultimately convinced them to send him money.  The victims withdrew cash from their bank accounts to give to Defendant, wrote checks payable to Defendant, obtained loans, and wired money to Defendant, or other individuals designated by Defendant, and/or bought Defendant jewelry, including Rolex watches.

Within a short period of time later, the victims received notifications from their financial institutions that the payments that Defendant sent to their accounts were returned with insufficient funds or were otherwise worthless payments.  The victims later learned that Defendant was lying about his name, where he attended

2



college, and being a physician. Defendant has used numerous known and unknown aliases (include those in the case style, above) on the dating websites to hide his true identity.

Defendant would then send the watches that he received from the victims to various jewelry vendors throughout the United States via Federal Express or he would deliver them in person.  These vendors included Bob's Watches of Newport Beach, California, Elan Diamond Group (Georgia), Essex Fine Jewelry (Georgia), and Peachtree Gold Exchange (Georgia), Gold & Silver Pawn Shop (Nevada), and Govberg/Watchbox (Pennsylvania).  The vendors would purchase the watches from Defendant at a price that was significantly less than the retail value, thus leaving reasonable margin for a potential resale profit for the vendors.

The Real Brian Wedgeworth

Defendant never attended Harvard University, University of Pennsylvania, Johns Hopkins University, or Duke University, nor was he ever a student at any Ivy League school or any medical school.  Rather, Defendant only attended two semesters at University of Montevallo, and did not graduate or otherwise earn any college-level degrees.

Defendant was never employed by New York Presbyterian Hospital or Cedars Sinai Medical Center, nor any medical center or hospital.  Defendant was

3

never licensed as, or trained to be, a medical professional (including a physician or surgeon).

Detailed Factual Basis

In 2014, Defendant was convicted of identity fraud and forgery in the State of Georgia. In October 2016, while incarcerated in a Georgia prison serving a prison sentence for the 2014 convictions, Defendant met N.S., a woman in New Jersey, on Match.com (a dating website) while using a cell phone. Defendant claimed to be "Dr. Brian Adams," a surgeon at the Centers for Disease Control ("CDC") in New York. During this time, N.S. sent money transfers (i.e., Western Union/Money Gram) to Defendant. Defendant also had items that he ordered and purchased online (despite being incarcerated), including several pairs of Cole Haan shoes, delivered to N.S.'s residence, which he then asked to be shipped by N.S. to Defendant's parents' home in Alabama. It was later learned that Defendant used the credit card of Dr. K.W.H. to purchase the Cole Haan shoes.

In October 2016, while incarcerated in a Georgia prison serving prison sentence for the 2014 convictions, Defendant met Dr. K.W.H., a woman in Tallahassee, Florida, on EliteSingles.com. Defendant falsely claimed to be Dr. Brian Adams, a cardiothoracic surgeon in Alabama. Defendant fraudulently convinced Dr. K.W.H. to give him her American Express card information so he could pay her account debt (that payment ended up not going through). This

American Express card was used by Defendant to purchase the Cole Haan shoes which were shipped to N.S.'s residence in December 2016. Defendant also used Dr. K.W.H.'s American Express card without permission to purchase Christmas presents for N.S. and for N.S.'s child. Dr. K.W.H. learned Defendant's real name and discovered news prior reports about Defendant having scammed women. Some of these news reports referred to Defendant as "the Casanova Scammer." Dr. K.W.H. confronted Defendant about this; Defendant falsely claimed that he was doing undercover work for the federal government that involved an investigation into corrections officers and some people in the prison system in Georgia.

<u>Count 1</u>

Defendant convinced Dr. K.W.H. to purchase a Rolex watch for him. On December 7, 2016, Dr. K.W.H. purchased a Rolex Oyster Professional Submariner watch at The Gem Collection for more than $13,000 using two credit cards. One of those cards was Dr. K.W.H.'s Wells Fargo Bank credit card with number ending in 3900, for which $9,500 was charged. That transaction was processed by Wells Fargo Bank using computers located outside of Florida.

<u>Count 2</u>

In December 2016, while incarcerated in a Georgia prison and while communicating with N.S. and Dr. K.W.H., Defendant met R.E.M., a woman in

California, on Match.com, where he claimed to be Dr. Anthony Watkins, a surgeon at Cedar Sinai Medical Center. Defendant fraudulently convinced R.E.M. to purchase an 18K gold Cartier watch for him to give to one of his family members (who lived in Florida) which he promised to pay her back for. R.E.M. purchased the watch, for $17,135, using a Cartier store credit card and the store shipped the watch for R.E.M. Defendant later pawned that watch in Las Vegas, Nevada. Defendant also convinced R.E.M. to loan him money by claiming that he needed help paying for his medical malpractice insurance and that he was having trouble with a bank account. Defendant falsely promised to repay R.E.M. within a few days. R.E.M. went to her bank, USAA, and applied for a loan; she was approved for $30,000. Defendant directed R.E.M. to wire the funds to the bank account of his friend, Dr. K.W.H. On January 6, 2017, $30,000 was wired from R.E.M.'s USAA account (located in California) into the Bank of America account of Dr. K.W.H. (located in Tallahassee, Florida) which ended in 7274. Defendant falsely told Dr. K.W.H. that the funds wired into her account were payment for consulting work that he had done for R.E.M. and R.E.M.'s (non-existent) husband.

*     *     *

Upon his release from the Georgia prison in February 2017, Defendant moved in with Dr. K.W.H. at a residence in Tallahassee. On April 10, 2017, Defendant and Dr. K.W.H. got married in Las Vegas, Nevada. Less than one week

6



later, Defendant met S.H., a woman living in Tampa, Florida, on Plenty of Fish (a dating app), where he falsely claimed to be "Dr. Brian Adams," a cardiothoracic surgeon in Knoxville, Tennessee.

Count 3

In early April 2017, while Defendant was in Florida, he met A.P., a woman in Texas, on Match.com.  Defendant falsely claimed to be "Dr. Brian Adams," a cardiothoracic surgeon.  On April 23, 2017, A.P. sent email from her Yahoo email address to Defendant's Gmail email address which contained her credit card login information so Defendant could pay her debts.    That email was sent through computer servers which were located outside of Florida.

*      *      *

A.P. met Defendant in person in Florida on April 25, 2017.  During that trip, A.P. purchased a motorcycle for over $30,000 for Defendant and two Louis Vuitton purses allegedly for Defendant's mother, based on his false promises that he would repay her.  Further, Defendant borrowed $5,000 in cash from A.P., which she obtained from a credit card advance, to use at the casino.  Defendant placed the money in the glovebox of his car until they would go to the casino together.  However, shortly afterwards, before they could make it to the casino, Defendant falsely claimed that he needed to leave town because he had an emergency with one of his patients who he falsely claimed to have recently operated on.  Later that

7



same day, A.P. was notified by her creditors that the payments which were supposed to have been paid by Defendant did not clear. The next day, on April 27, 2017, Defendant fraudulently told A.P. that his bank account was compromised, and someone stole over $1 million from him. Further, Defendant fraudulently asked to borrow money from A.P. since his accounts were frozen and unavailable. A.P. agreed, and provided $2,000 to Defendant by depositing the funds into an account of a Dr. K.W.H. (who A.P. believed to be Defendant's friend or colleague).

In July 2017, Defendant met L.A., a woman in Tampa, Florida, on Match.com, where he claimed to be "Dr. Brian Anderson," a cardiothoracic surgeon at a hospital in Jacksonville, Florida, but who was coming to Tampa to work at a local hospital. Defendant falsely claimed to have attended Harvard Medical School. Defendant told L.A. that he wanted to pay off her debt, and requested L.A.'s account numbers, passwords, and personal identifying information to do so, which L.A. provided to Defendant. Defendant acted as though he was paying off over $150,000 in debt that L.A. had for her home mortgage, credit cards, and student loans. These payments were invalid and were reversed. Afterwards, Defendant falsely claimed that his bank accounts were frozen due to hacking or theft, and that he was involved in a malpractice lawsuit with a previous business partner. Defendant falsely claimed that he needed L.A.'s



help and asked her to wire money for him to his assistant, Dr. K.W.H.  Defendant

fraudulently claimed that he would repay L.A. as soon as his frozen funds were

released by his bank.  Between late July and August 2017, L.A. wired over

$20,000 to Bank of America accounts belonging to Dr. K.W.H. and also loaned

Defendant cash.

In late July 2017, Defendant fraudulently convinced L.A. to purchase a

Rolex watch for him to make him feel better from the malpractice lawsuit

headache; Defendant falsely promised to repay L.A.  Thereafter, L.A. went with

Defendant to Mayor's Jewelers at a Tampa mall where she purchased a Rolex

Submariner watch for over $14,000.  A few days later, Defendant convinced L.A.

to purchase another Rolex watch for him based on his false promise that he would

repay her once his bank accounts were unfrozen.  On July 26, 2017, Defendant and

L.A. went back to the Mayor's Jewelers store in Tampa where L.A. purchased an

18K rose gold Rolex Cellini watch with a leather strap for over $18,000.

<u>Count 15</u>

The next day, on July 27, 2017, Defendant obtained a prepaid FedEx

shipping label from Elan Diamond Group, located in Georgia, so Defendant could

ship the watch for Elan Diamond Group to purchase from him.  On August 1,

2017, Elan Diamond Group received via FedEx the Rolex Cellini watch that L.A.



had just purchased for Defendant.  Elan Diamond Group purchased the watch from Defendant for $8,700.

### Count 16

Defendant falsely told L.A. that he had opened credit card accounts to be able to pay for the lawyers on his malpractice case and he had the cards sent to L.A.'s residence.  Unbeknownst to L.A., Defendant had fraudulently added himself to L.A.'s American Express credit card account and had a new card (in Defendant's name) sent via U.S. Postal Service to L.A.'s address.  Defendant asked L.A. to send the mail, including the American Express credit card linked to L.A.'s account, to the residence in Tallahassee where Defendant resided with his wife, Dr. K.W.H., using FedEx (which was a private or commercial interstate carrier).  Between August 5, 2017 and August 9, 2017, the American Express card was sent via FedEx to Defendant at the residence in Tallahassee where he resided with his wife, Dr. K.W.H.

### Count 4

On August 9, 2017, Defendant went to The Gem Collection in Tallahassee, Florida, and fraudulently purchased an 18K gold Rolex Oyster Professional Submariner watch for $14,279 using the American Express card tied to L.A.'s account that he had just received.

10



Count 5

In early October 2017, Defendant met S.P., a woman in Texas, on Match.com, where he fraudulently claimed to be "Dr. Brian Anderson," a cardiothoracic surgeon located in Houston, Texas.   Defendant offered to pay the balance of some of S.P.'s debts, and shortly thereafter, S.P. received notification from her creditors that loans were paid. On October 12, 2017, Defendant falsely claimed that he forgot to pay his medical malpractice insurance and asked S.P. to send him money to cover this expense.  Defendant sent S.P. a text message which contained a Bank of America account number ending in 2343, and the names of the accountholders (Dr. K.W.H. and "B. Wedgeworth").  The same day, S.P. deposited $12,600 into this account.

\*     \*     \*

In December 2017, Defendant met K.P., a woman in New Orleans, Louisiana, on Match.com, where he fraudulently claimed to be "Dr. Brian Anderson," a cardiothoracic surgeon in Houston, Texas.  Defendant falsely claimed to have graduated from Harvard Medical School and had worked at Cedar Sinai in California.  Defendant sent K.P. photos via text messages purporting to depict him performing surgery.  Defendant offered to pay K.P.'s debts, including her credit cards and student loans.  K.P. provided Defendant her personal identification information, including her credit and student account login

11



credentials (username and password) and her social security number.  Defendant fraudulently told K.P. that she needed to add him to her American Express account so he could pay her account balance.  Thereafter, Defendant logged into her accounts and allegedly paid off approximately $2,000 in credit card debt and approximately $150,000 in student loans.  These payments were invalid and were later reversed.

Count 17

Unbeknownst to K.P., Defendant changed the account email address to an email account that he controlled and used.  Defendant also fraudulently increased K.P.'s credit limit, and applied for and obtained a $25,000 loan using K.P.'s American Express account (Defendant later falsely told K.P. that the $25,000 deposit into her bank account was his money and she gave it to him).  On or about December 9, 2017, Defendant fraudulently purchased two 2018 Sugar Bowl - College Football Playoff Semifinal (Clemson vs Alabama) tickets for $3,899.36 from StubHub using K.P.'s American Express credit card.  These tickets were sent using UPS 2-Day Air to Defendant at the residence where he and his wife, Dr. K.W.H., resided in Tallahassee, Florida.  UPS was a private or commercial interstate carrier.

*     *     *

12

Later that day, Defendant called K.P. and told her that he was on his way to New Orleans, and then arrived at K.P.'s house.  Defendant falsely told K.P. that he was having problems with his bank accounts and his money was tied up with a medical malpractice lawsuit.  Defendant and K.P. went to a local jewelry store to look for a Christmas gift for Defendant's father.  At the store, Defendant selected a Rolex watch, allegedly as a gift for his father, but asked K.P. to purchase the watch as Defendant falsely claimed was having problems with his bank account and credit cards.  Defendant fraudulently promised to repay K.P. within a few days. K.P. purchased the Rolex watch for approximately $30,000.  The next day, on December 10, 2017, Defendant went with K.P. back to the jewelry store to allegedly look at wedding rings.  While at the store, Defendant found a Rolex watch that he liked and falsely promised to pay her as soon as his alleged money problems were resolved.  K.P. agreed to purchase the watch for Defendant based on his false promise that he would repay her.  Because K.P. only signed the receipt for the purchase and did not pay attention to what merchandise had been selected, it was not until later that K.P. learned that it was actually a Rolex watch *and* a 6 carat diamond tennis bracelet that Defendant had her purchase as a loan for him. Two days later Defendant went to Atlanta, Georgia where he sold a Rolex watch and a 6 carat diamond tennis bracelet to Elan Diamond Group.

*     *     *

In December 2017, Defendant met A.A., a woman in the Atlanta, Georgia, area on Match.com, where he fraudulently claimed to be "Dr. Brian Anderson," a cardiothoracic surgeon at Emory Hospital in Atlanta, Georgia.  Defendant falsely claimed to have been a member of Kappa Alpha Psi fraternity.  Defendant and A.A. eventually communicated via phone and through text messaging.  Defendant falsely promised to pay A.A.'s debts and A.A. gave Defendant her usernames and passwords for him to pay off her home mortgage (approximately $175,000) and credit card balance (approximately $18,000).  Defendant fraudulently submitted what initially appeared to be valid payments toward those debts (these payments were invalid and were later reversed).  Afterwards, when A.A. logged into her accounts, they showed $0 balances.

<u>Count 6</u>

Defendant falsely told A.A. that his money was tied up with his (non-existent) medical practice, and that he needed to pay his insurance premiums.  On December 24, 2017, Defendant forwarded a false email that purported to document that he was the victim of a bank account takeover at Wells Fargo.  Defendant also falsely told A.A. that he needed to pay his partner, "Brian Wedgeworth," and asked A.A. to borrow money.  Between January 3, 2018, and January 10, 2018, at Defendant's direction, A.A. deposited over $25,000 in cash into a bank account at Regions Bank as a loan which Defendant promised to pay back.  The name on the

14

account was "B. Wedgeworth" (who Defendant falsely said was his business

partner), which was really Defendant's account.  On January 12, 2018, Defendant

emailed A.A. falsely saying that "if we don't come up with this money this

morning my career m[a]y well be over" and asked her to deposit more money into

"Dr. Wedgeworth's account."  A.A. then deposited another $2,500 into the

Regions Bank account of "B. Wedgeworth" which was Defendant's account.

Count 7

In April 2018, Defendant met C.D., a woman in Atlanta, Georgia, on

ChristianMingle.com, where he fraudulently claimed to be "Dr. Brian Anderson,"

a thoracic surgeon at Emory Hospital in Atlanta, Georgia.  Defendant falsely

claimed to have been a member of Kappa Alpha Psi fraternity and that he attended

the University of Pennsylvania for medical school.  Defendant falsely claimed that

he was going to pay C.D.'s student loan balance, credit card debt, and apartment

rent.  Defendant asked C.D. for her account login information, which C.D.

provided.  Defendant fraudulently submitted payments toward C.D.'s debts

(totaling over $65,000) which caused C.D. to receive payment confirmations (these

payments were invalid and were later reversed).

Defendant falsely claimed that his money was tied up in an investment with

his (non-existent) business partner, and asked to borrow money from C.D.

Between April 30, 2018, and May 2, 2018, C.D. wired more than $8,600 into a

BBVA Compass bank account ending in 5730 in the name of "Brian Wedgeworth" (who Defendant falsely claimed was his business partner).  On May 4, 2018, Defendant falsely told C.D. that he needed to pay funeral costs for his father, and because he did not have access to his money at that time, fraudulently convinced C.D. to wire another $6,000 into the BBVA Compass bank account ending in 5730 in the name of "Brian Wedgeworth.

Count 8

In May 2018, Defendant met L.H., a woman in Alabama on Plenty of Fish, where he fraudulently claimed to be "Dr. Brian Anderson," a physician.  Defendant fraudulently convinced L.H. to provide him with her social security number and account login information so he could pay off her student loans and her home mortgage.  Believing that Defendant had just paid off her debts, L.H. made two deposits into a BBVA Compass bank account ending in 5730 at the direction of Defendant: $7,500 on May 18, 2018, and $5,000 on May 23, 2018.  Afterwards, L.H. learned that the payments Defendant sent to her student loan creditor and mortgage company were not real and those debts were not paid as Defendant falsely claimed.

*     *     *

Between April 2018 and June 2018, Defendant met H.R.C., a woman in Alabama, on Plenty of Fish, where he fraudulently claimed to be "Dr. Brian

16

Anderson," a cardiothoracic surgeon in Alabama.  Defendant falsely claimed to have been a member of Kappa Alpha Psi fraternity, and that he was a top surgeon. Defendant falsely claimed that he was new to the medical practice and he needed to pull his weight, and that he was waiting for his pay to come in so he could pay his monthly portion toward expenses of the practice.  Defendant fraudulently claimed that he was scared of being let go from the practice because his money did not come in yet and he could not pay his part of expenses. Defendant fraudulently asked H.R.C. to borrow $10,000.  H.R.C., believing that Defendant was who he claimed to be, agreed to loan him the money.  On May 22, 2018, while Defendant was in Montgomery, Alabama to meet H.R.C., H.R.C. withdrew $10,000 cash from her bank account.  Defendant and H.R.C. met for lunch, where H.R.C. gave Defendant $10,000 cash. Defendant also falsely told H.R.C. that it was his birthday and asked H.R.C. if she would buy a Rolex watch for him as a loan, and that he would wire the money back to H.R.C. the next day.  Defendant and H.R.C. went to Ware Jewelers where Defendant selected two Rolex watches to buy.  Using H.R.C.'s credit card, Defendant obtained an 18K gold Daytona Rolex watch (for $16,900) and a Rolex Submariner watch (for $13,400) from Ware Jewelers. Shortly hereafter, Defendant claimed that he needed to leave town because he had a surgery coming up that was an emergency.



#### Counts 18 and 24

The next day, on May 23, 2018, Defendant obtained a prepaid FedEx shipping label from Elan Diamond Group so he could ship one watch for Elan Diamond Group to purchase from him.  On May 24, 2018, Elan Diamond Group received via FedEx the Rolex Daytona watch that H.R.C. had just purchased for Defendant.  Elan Diamond Group purchased the watch from Defendant for $10,500.  Elan Diamond Group wired the $10,500 into Defendant's BBVA Compass bank account ending in 5730 on May 24, 2018.

#### Count 19

On May 28, 2018, Defendant obtained a prepaid FedEx shipping label from Elan Diamond Group so he could ship another watch for Elan Diamond Group to purchase from him.  On May 30, 2018, Elan Diamond Group received via FedEx the Rolex Submariner watch that H.R.C. had just purchased for Defendant.  Elan Diamond Group purchased the watch from Defendant for $8,000, which was wired into Defendant's BBVA Compass bank account ending in 5730 on May 30, 2018.

#### Count 9

On May 28, 2018, Defendant forwarded to H.R.C. a fake email that was purportedly from Defendant's secretary about Defendant's bank accounts being frozen due to fraud.  Defendant claimed this was the reason that he had not repaid H.R.C. for the money he borrowed, and which H.R.C. loaned him for the Rolex

18



watch (actually was two watches) for his birthday.  On May 29, 2018, Defendant

fraudulently convinced H.R.C. to deposit $13,000 into a BBVA Compass bank

account ending in 5730 in the name "B. Wedgeworth" (who Defendant claimed

was his business partner).

*     *     *

In December 2018, Defendant met C.H., a woman in Alabama on Plenty of

Fish, where he fraudulently claimed to be "Dr. Brian Ammerson," a thoracic

surgeon who was transitioning from New York to the Birmingham, Alabama, area.

Defendant falsely told C.H. that he graduated from Harvard Medical School and

completed his residency at New York Presbyterian Hospital.  Defendant later

falsely told C.H. that he was a member of the Kappa Alpha Psi fraternity, and they

shared memories of their time in such historically black college Greek

organizations (C.H. had been a member of the Alpha Kappa Alpha sorority in

college). Defendant told C.H. that he was looking for a wife, and they

communicated with each other through FaceTime (video conferencing) and text

messaging.  Defendant fraudulently told C.H. that he was going to pay off all of

her bills, and later got on three-way phone calls with C.H.'s mortgage company

and student loan company, during which he remotely entered his payment

information to make it appear that those debts were paid.  Then, Defendant

fraudulently obtained C.H.'s personal information and login credentials for her

19



credit card accounts, including those at J.P. Morgan Chase and Regions Bank, by

telling her that he would make payments from his account to pay those debts.

After causing C.H. to believe that he had just paid her debts, Defendant suggested

that C.H. should buy Rolex watches.  Defendant said that he knows everything

about Rolex watches, and that he can get a deal for her while C.H. looks for

something nice for her sister.

The next day, on December 28, 2018, C.H. met Defendant at Kirkland

Jewelers in Dothan, Alabama.  Before arriving at the store, while talking on the

phone together as they drove, Defendant told C.H. to let him do the talking with

the salesperson because he did not want her to be taken advantage of, and also

fraudulently convinced C.H. that it would be easier to purchase the watches in his

name.  Once at Kirkland Jewelers, C.H. applied for a store credit card as Defendant

instructed her to do.  Defendant selected two Rolex watches – a Rolex Submariner

and a Rolex Deepsea – for which C.H. paid $27,740.50 using her credit card and

the newly-obtained store credit card.   The warranty cards for the watches were

issued in the name of "Brian Ammerson."  Defendant fraudulently told C.H. that

he would have his personal assistant wire her $150,000 to alleviate her concerns

about the large purchase price.

Defendant also fraudulently told C.H. that he needed a $10,000 loan from

her because he had just paid off her debt – and therefore could not get access to his

money – and that he would pay her back.  C.H. agreed to loan Defendant the

money by taking cash advances on her credit cards.  C.H. obtained a $6,000 cash

advance from her Discover credit card and a $4,000 cash advance from her Bank

of America credit card, and handed the $10,000 cash to Defendant.

Count 20

Between December 30, 2018, and January 8, 2019, Defendant shipped the

Rolex Submariner watch from Tallahassee, Florida, to Bob's Watches, in

California, for Bob's Watches to purchase it from him.  On January 8, 2019, Bob's

Watches received via FedEx the Rolex Submariner watch that C.H. had just

purchased for Defendant.  Bob's Watches purchased the watch from Defendant for

$9,100, which was wired into Defendant's TD Bank account on January 9, 2019.

*     *     *

In February 2019, Defendant met E.G., a woman in Houston, Texas on

Plenty of Fish, where he fraudulently claimed to be "Dr. Brian Edmonds," a

cardiothoracic surgeon who recently moved to Houston.  Eventually, E.G. and

Defendant communicated by phone. Defendant told E.G. that he was looking for a

marriage-minded and good Christian woman.  Defendant fraudulently told E.G.

that he graduated from a prestigious university and that he was a member of the

Kappa Alpha Psi fraternity.  Defendant also fraudulently sent photos to E.G. of

21



another male performing surgery, that he falsely claimed was him.  Defendant also falsely told E.G. that he made over $500,000 annually as a doctor.

Defendant falsely told E.G. that he was going to pay off her credit card debt and student loans, and that he was going to pay her rent.  Therefore, E.G. was convinced to give Defendant her login credentials for these creditors.  On February 18, 2019, Defendant made payments toward these debts, which fraudulently caused E.G. to believe that these debts were paid off (these payments were not valid and were later reversed).  Thereafter, Defendant asked E.G. if she would purchase a Rolex watch for him for his birthday, which he falsely said was the next day. Defendant said that he wanted the Rolex to come from  her, but she was not going to pay for it and that he would pay her back.  Defendant falsely told E.G. that he wanted to show his fraternity brothers that "his girl" got him a Rolex watch.

Count 21

On February 19, 2019, E.G. went to Deutsch & Deutsch, a Rolex Boutique in Houston, Texas, where she purchased an 18K yellow gold Rolex watch for $31,350.  Thereafter, E.G. called Defendant, who claimed to be working at the hospital.  Defendant falsely promised to pay E.G.'s credit cards that she used to make the Rolex watch purchase.  Defendant instructed E.G. to send the Rolex watch to him in Tallahassee. On February 19, 2019, E.G. shipped the watch to Defendant at the Tallahassee residence where he resided with his wife, Dr.

22



K.W.H., using FedEx overnight shipping.  On February 22, 2019, Defendant went to Elan Diamond Group's Jonesboro, Georgia, location where he sold a Rolex watch for $19,000.

*     *     *

In March 2019, Defendant met P.T., a woman in Douglasville, Georgia, on Coffee Meets Bagel (a dating website), where he fraudulently claimed to be "Dr. Brian Edmonds," a thoracic surgeon in New York who was moving to Atlanta, Georgia.  Defendant and P.T. communicated through phone calls, text messages, and FaceTime.  Defendant fraudulently offered to pay P.T.'s mortgage and student loan debt, and eventually P.T. provided Defendant her login credentials for her creditors.  Defendant submitted payments toward these debts, and P.T. received confirmations that those debts were paid.  These payments were not valid and were later reversed.

Thereafter, Defendant asked to borrow money for his medical practice.  On March 14, 2019, P.T. went to PNC Bank and withdrew $26,000 cash.  P.T. met Defendant in person where she gave him the cash.  Also, P.T. went to Essex Fine Jewelry & Watches (part of the Elan Diamonds Group) in Atlanta, Georgia, where she bought a Rolex Skydweller watch for $19,000 for Defendant based on his promise to repay her.  The next day, Defendant asked to borrow more money, and P.T. wrote Defendant check for $30,000.  Defendant deposited this check into his



JP Morgan Chase bank account.  On March 18, 2019, Defendant went to

International Diamond Center (d/b/a KMA Sunbelt Trading Corp.) in Tampa,

Florida, where he sold the Rolex Skydweller watch, that P.T. bought a few days

earlier, for $12,000.  International Diamond Center gave Defendant a check for

$12,000, which Defendant cashed the same day at Amscot.

Count 10

In April 2019, Defendant met E.T., a woman in Lawrenceville, Georgia, on

Match.com, where he fraudulently claimed to be "Dr. Brian Edmonds," a

cardiothoracic surgeon in Florida and at Emory Hospital in Atlanta, Georgia.

Defendant also falsely claimed to have been a member of the Kappa Alpha Psi

fraternity.  E.T. and Defendant communicated through phone calls, text messages,

and FaceTime.  Defendant offered to pay E.T.'s mortgage, car loan, and credit card

debt and asked for E.T.'s account login credentials so he could add himself to the

accounts so he could make payments.  On April 10, 2019, E.T., while located in

Georgia, provided Defendant, who was in Tallahassee, Florida, with her login

credentials via text messages, as requested by Defendant.  Defendant fraudulently

submitted payments toward these debts, and E.T. received confirmations from her

creditors that those debts were paid.  These payments were not valid and were later

reversed.

*     *     *



Thereafter, Defendant met E.T. in person in Atlanta, Georgia on April 13, 2019.  Defendant and E.T. went to a baseball game, and went shopping.  They went to Essex Fine Jewelry & Watches (part of the Elan Diamonds Group) in Atlanta, Georgia where Defendant asked E.T. to loan him money for a watch purchase.  Based on Defendant's false promise to repay E.T., E.T. purchased a Rolex Yacht Master watch for $20,000 using her Capital One and American Express credit cards.  They then went to Lennox Mall where Defendant convinced E.T. to purchase a Louis Vuitton bag ($2,000) for him based on his false promised to repay her.

Counts 22 and 25

On April 15, 2019, Defendant obtained a prepaid FedEx shipping label from Elan Diamond Group so he could ship a watch for Elan Diamond Group to purchase from him.  On April 16, 2019, Elan Diamond Group received via FedEx the Rolex Yacht Master watch that E.T. had just purchased for Defendant based on his false promise to repay her and based on her belief that Defendant had just paid her debts.  Elan Diamond Group purchased the watch from Defendant for $17,000, which was wired into Defendant's JP Morgan Chase bank account ending in 2783 on April 19, 2019.

25



Count 11

In late June 2019, Defendant met M.R., a woman in Houston, Texas, on Hinge (a dating and social media service), where he fraudulently claimed to be "Dr. Brian Lamar Wilson," a cardiothoracic surgeon in private practice who was moving to the Houston, Texas, area.  M.R. and Defendant communicated through phone calls, text messages, and email.  On July 1, 2019, while in Tallahassee, Florida, Defendant communicated with M.R., who was in Houston, Texas, via text messages.  Defendant falsely told M.R. that he had been a surgeon for "[a] little over a decade" and that he "went to The University of Pennsylvania and Harvard Medical."  Defendant further falsely told M.R. in a text message that he did a "four year general surgery residency at Johns Hopkins and a four year Thoracic surgery fellowship at N.Y. Presbyterian."

\*     \*     \*

Defendant fraudulently claimed that he loved M.R. and to prove it, he would pay her debts.  Defendant convinced M.R. to provide her login credentials for her student loans, credit cards, and rent so he could make payments.  M.R. provided Defendant with this information to Defendant.  Between July 2-4, 2019, Defendant fraudulently submitted payments toward these debts, and M.R. received confirmations from her creditors that those debts were paid.  Thus, M.R. was



tricked into believing these debts were paid off.  However, these payments were not valid and were later reversed.

On July 6, 2019, M.R. flew to Tampa, Florida, to meet Defendant.  While there, they went to a Mayor's Jewelry store.  Defendant had fraudulently pressured M.R. to purchase a Rolex watch for his birthday.  Defendant falsely promised to repay M.R. for the purchase and said that he wanted it to look like the watch came from her.  M.R. agreed, and purchased a Rolex watch for over $42,000 using three credit cards.

M.R. returned to Houston, and in the early morning hours of July 8, 2019, Defendant sent a false text message to M.R. saying that his grandfather passed away and that he needed $4,596.30.  That same day, Defendant went to Elan Diamond Group's Jonesboro, Georgia, location where he sold the same Rolex watch that M.R. had just bought for $24,000.  That evening, Defendant sent text messages to M.R. which falsely claimed that Defendant was the victim of fraud involving his Wells Fargo Bank account.  Thereafter, M.R. loaned $3,600 to Defendant. On July 10, 2019, M.R. started receiving notices from her creditors that the payments made by Defendant were being reversed.

Count 12

In July 2019, Defendant met J.S., a woman in Tennessee, on Hinge, where he fraudulently claimed to be "Dr. Brian Wilson," a cardiothoracic surgeon who

27

was moving to Nashville, Tennessee for a job at Vanderbilt University.  Defendant

communicated with J.S. using text messaging and phone.  On July 25, 2019, while

located in Tallahassee, Florida, Defendant sent a text message to J.S., who was in

Tennessee, that contained a photograph of a surgery being performed, which

caused J.S. to believe that Defendant was a surgeon and medical doctor.

*       *       *

J.S. Defendant sent a text message to J.S. that contained a photo of a TD

Bank checking account number.  Defendant told J.S. to use the account

information to pay her Barclays credit card debt and to pay $50,000 toward her

home mortgage.  On July 27, 2019, Defendant fraudulently offered to pay J.S.'s

Wells Fargo credit card balance of approximately $5,000.  J.S. verbally provided

her account login credentials to Defendant, who made the payment over the phone.

On July 28, 2019, Defendant asked J.S. if she could loan him some money for his

birthday.  The next day, J.S. wired and sent funds via Zelle in a combined amount

more than $7,000 into an account of "Brian Wedgeworth," who Defendant falsely

claimed was one of his friends.  On July 30, 2019, J.S. was notified that the

payments allegedly made by Defendant toward her debts were being reversed.

*       *       *

In early August 2019, Defendant met E.C., a woman in Texas, on Hinge,

where he fraudulently claimed to be "Dr. Brian Chris," a cardiothoracic surgeon in

28



Birmingham, Alabama.  Defendant also falsely claimed to be a member of the

Kappa Alpha Psi fraternity.  Defendant communicated with E.C. using text

messaging and phone.  Defendant said that he was looking for a wife and that he

wanted to "support his woman financially."  Defendant convinced E.C. that he was

going to pay off her debts, and on August 17, 2019, E.C. made a three-way phone

call to her student loan company with Defendant.  During that call, Defendant

fraudulently entered a bank account number to pay off E.C.'s student loan balance

($90,000).  E.C. believed Defendant paid off her student loan because she received

a confirmation number from Sallie Mae (her lender) for the payment allegedly

made by Defendant.

Count 13

About an hour later, Defendant fraudulently told E.C. that his money was

tied up and that he had some fees related to his medical practice that he needed to

pay.  Further, while located in Tallahassee, Florida, Defendant fraudulently sent a

text message to E.C. who was in Texas, that contained a reproduction of an (fake)

email which made it appear that Defendant had been the victim of fraud involving

his Wells Fargo Bank account.  Defendant asked E.C. to send him money through

another doctor at his practice named "Brian Wedgeworth."  That same day, E.C.

wired $9,000 and sent via Zelle $2,500 to "Brian Wedgeworth" to a J.P. Morgan

Chase bank account ending in 9781.  Thereafter, E.C. received notice that the

29



payments Defendant allegedly made toward E.C.'s student loans were not valid and were reversed.

Count 14

In August 2019, Defendant met S.D., a woman in Texas, on Hinge, where he fraudulently claimed to be "Dr. Chris Williamson" and "Dr. Brian Christopher Williamson," a cardiothoracic surgeon in New York. Defendant also falsely claimed to be a member of the Kappa Alpha Psi fraternity, and falsely claimed to have attended Harvard Medical School and the University of Pennsylvania. Defendant communicated with S.D. using text messaging, Facetime, and phone. On August 17, 2019, while located in Tallahassee, Florida, Defendant fraudulently sent a text message to S.D. who was in Texas, that contained a photograph of a compensation clause of an employment contract that allegedly reflected that Defendant was being paid $585,400 per year. Defendant sent a text message with the photograph that read, "We can afford for you not to work."

*     *     *

Defendant asked S.D. about her debts and the amount of her rent, and told her that he was going to pay those. Defendant asked S.D. for her account login credentials, and S.D. provided Defendant with the information for her student loan account, credit card, and rent. Defendant submitted payments toward these debts, and S.D. believed Defendant had paid off her debts as she had received

30



confirmation of those payments. These payments were invalid and were later reversed.

On August 19, 2019, S.D. flew to Atlanta, Georgia to meet Defendant to celebrate his birthday (which was not actually in August). S.D. and Defendant went to Lennox Mall where Defendant wanted to purchase a Rolex watch. Defendant asked S.D. to purchase the watch for him, but falsely promised to pay her back. S.D. agreed, and purchased a yellow gold Rolex Oyster watch for over $50,000 from Mayor's. Several minutes after the watch was purchased, Defendant sent a photo of the watch to Elan Diamond Group via text message and negotiated a price ($30,000) for Elan Diamond Group to purchase the watch from him. Shortly thereafter, Defendant falsely told S.D. that he received a phone call about his patient who was "decompensating," and that he needed to return to New York immediately. That same day, Defendant went to Elan Diamond Group's Jonesboro, Georgia location where he sold the Rolex watch for $30,000.

The next day, Defendant called S.D. and falsely told her that he left his wallet in Atlanta and needed $8,500 wired to "Dr. Brian Wedgeworth." Defendant falsely claimed that Dr. Wedgeworth was a physician in Defendant's medical practice. S.D. believed Defendant, and wired the money into a BanCorp South checking account belonging to "Dr. Brian Wedgeworth." The next day, on August 21, 2019, Defendant called S.D. and falsely told her that he needed more money to

meet overhead expenses for his medical practice.  S.D. obtained a cash advance

from her credit card and wired another $2,640 to "Dr. Brian Wedgeworth's"

account.  On August 22, 2019, S.D. learned that most of the payments that

Defendant made toward her debts had been returned and those debts were still

outstanding.

Count 23

Defendant's elderly relative, W.W., never banked with JP Morgan Chase

bank or Wells Fargo Bank.  Rather, W.W. only banked with Legacy Federal Credit

Union and previously banked with PNC.

On May 14, 2018, Defendant opened a Wells Fargo Bank account ending in

2674 in the name of W.W. and using the date of birth, Social Security number, and

Alabama driver's license number of W.W., without W.W.'s knowledge or

permission.  The mailing address for this account was the Tallahassee residence

where Defendant resided with his wife, Dr. K.W.H.  This bank account was used

by Defendant to receive deposits of checks drawn on accounts of other banks, such

as Defendant's BBVA Compass Bank account, and by Defendant to pay for his

fraudulent Match.com account that displayed his photograph along with false

information about him being an "Ivy League educated thoracic surgeon."

On January 27, 2019, Defendant opened a J.P. Morgan Chase Bank account

ending in 2783 in the name "W. Brian Wedgeworth."  However, this account was

32



opened using the date of birth, Social Security number, and Alabama driver's

license number of W.W., without W.W.'s knowledge or permission.  The mailing

address for this account was the Tallahassee residence where Defendant resided

with his wife, Dr. K.W.H.  On March 15, 2019, a check in the amount of $30,000

that was drawn on P.T.'s account was deposited into the J.P. Morgan Chase

account ending in 2783 (this is the same check described above).  Additionally, on

May 8, 2019, a check in the amount of $8,500 drawn on E.T.'s bank account was

deposited into the J.P. Morgan Chase bank account ending in 2783 (this is the

same check described above).

     Both of these bank accounts were used by Defendant in furtherance of his

scheme to defraud (as described herein).

Loss

     Through his scheme to defraud, Defendant caused an actual loss, and/or

intended to cause a loss, to the following victims in the amounts listed below:

| Victim Name | Actual Loss (Restitution) | Intended Loss | Total Loss |
|---|---|---|---|
| N.S. | $3,179.00 | $172,500.00 | $175,679.00 |
| Dr. K.W.H. | $31,624.85 | | $31,624.85 |
| R.E.M. | $51,635.00 | $7,714.13 | $59,349.13 |
| S.H. | $15,599.53 | | $15,599.53 |
| A.P. | $14,490.39 | $31,219.61 | $45,710.00 |
| L.K.A. | $114,981.47 | | $114,981.47 |
| S.M.P. | $15,200.00 | $4,251.19 | $19,451.19 |
| K.P. | $87,828.00 | | $87,828.00 |
| A.A. | $29,400.00 | | $29,400.00 |



| | | | |
|---|---|---|---|
| C.D. | $16,095.00 | | $16,095.00 |
| L.H. | $12,500.00 | | $12,500.00 |
| H.R.C. | $71,330.00 | | $71,330.00 |
| C.H. | $38,240.50 | | $38,240.50 |
| E.R.G. | $34,697.61 | | $34,697.61 |
| P.T. | $75,000.00 | | $75,000.00 |
| E.L.T. | $27,659.30 | $8,500.00 | $36,159.30 |
| M.R. | $53,833.91 | | $53,833.91 |
| J.S. | $12,350.00 | | $12,350.00 |
| E.C. | $11,500.00 | | $11,500.00 |
| S.D. | $62,085.96 | | $62,085.96 |
| Dr. D.A. | $8,400.00 | | $8,400.00 |
| Dr. C.W. | $88,739.67 | | $88,739.67 |
| Dr. W.W. | $40,000.00 | | $40,000.00 |
| C.G. | $19,694.25 | | $19,694.25 |
| S.F. | $5,000.00 | $14,000.00 | $19,000.00 |
| S.I. | | $25,000.00 | $25,000.00 |
| T.J. (f/k/a T.F.) | $6,673.00 | | $6,673.00 |
| T.B. | $6,959.00 | | $6,959.00 |
| L.C. | $2,600.00 | | $2,600.00 |
| C.D. | $9,200.00 | | $9,200.00 |
| M.D. | $1,000.00 | | $1,000.00 |
| S.L. | $1,500.00 | | $1,500.00 |
| N.L. | $6,300.57 | | $6,300.57 |
| H.L. | $2,000.00 | | $2,000.00 |
| T.P. | $2,500.00 | | $2,500.00 |
| T.T. | $15,000.00 | | $15,000.00 |
| R.W. | $9,500.00 | | $9,500.00 |
| A.W. | $16,025.00 | | $16,025.00 |
| G. | $6,700.00 | | $6,700.00 |
| J.G. | $2,900.00 | | $2,900.00 |
| J.S. | $9,200.00 | | $9,200.00 |
| | **$1,039,122.01** | **$263,184.93** | **$1,302,306.94** |

## ELEMENTS OF THE OFFENSES

**i.    Wire Fraud - 18 U.S.C. § 1343 (Counts 1-14)**

Elements to be proven beyond a reasonable doubt:

(1) the Defendant knowingly devised or participated in a scheme to defraud, or to obtain money or property by using false pretenses, representations, or promises;

(2) the false pretenses, representations, or promises were about a material fact;

(3) the Defendant acted with the intent to defraud; and

(4) the Defendant transmitted or caused to be transmitted by wire some communication in interstate commerce to help carry out the scheme to defraud.

11th Circuit Pattern Jury Instructions § O51.

**ii.   Mail Fraud - 18 U.S.C. § 1341 (Counts 15-22)**

Elements to be proven beyond a reasonable doubt:

(1) the Defendant knowingly devised or participated in a scheme to defraud someone by using false or fraudulent pretenses, representations, or promises;

(2) the false or fraudulent pretenses, representations, or promises were about a material fact;

(3) the Defendant intended to defraud someone; and

(4) the Defendant used [the United States Postal Service by mailing or by causing to be mailed] [a private or commercial interstate carrier by depositing or causing to be deposited with the carrier] something meant to help carry out the scheme to defraud.

11th Circuit Pattern Jury Instructions § O52.

35

### iii.   Aggravated Identity Theft – 18 U.S.C. § 1028A (Count 23)

Elements to be proven beyond a reasonable doubt:

(1) The Defendant knowingly transferred, possessed, or used another person's means of identification;

(2) The Defendant did so without lawful authority;[1]

(3) The Defendant knew the means of identification belonged to an actual person, and

(4) The Defendant did so in relation to wire fraud or mail fraud.[2]

*Adapted from* 11th Circuit Pattern Jury Instructions § O40.3.

### iv.   Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity – 18 U.S.C. § 1957 (Counts 24-25)

Elements to be proven beyond a reasonable doubt:

(1) the Defendant knowingly engaged or attempted to engage in a monetary transaction;

(2) the Defendant knew the transaction involved property or funds that were the proceeds of some criminal activity;

(3) the property had a value of more than $10,000;

(4) the property was in fact proceeds of mail fraud or wire fraud; and

(5) the transaction took place in the United States.

*Adapted from* 11th Circuit Pattern Jury Instructions § O74.6.

---

[1] In <u>United States v. Zitron</u>, 810 F.3d 1253, 1260 (11th Cir. 2016) (per curiam), the Eleventh Circuit found that the defendant used the victim's identity "without lawful authority" in two ways: (1) the defendant did not have permission to use the victim's identity, and (2) the defendant used the victim's means of identification for an unlawful purpose. See also <u>United States v. Joseph</u>, 567 F. App'x 844, 848 (11th Cir. 2014) (per curiam) (unpublished).

[2] *See* 18 U.S.C. § 1028A(c), which defines "any felony violation enumerated in subsection (c)" as any felony violation of any provision contained in chapter 63 (relating to mail, bank, or wire fraud), *inter alia*.

36



JASON R. COODY
United States Attorney

_____
Joseph F. DeBelder
Attorney for Defendant

_____
Date   5/19/22

_____
Brian Brainard Wedgeworth
Defendant

_____
Date   MAY 19, 2022

_____
Justin M. Keen
Florida Bar No. 021034
Assistant United States Attorney
Northern District of Florida
111 North Adams Street, 4th Floor
Tallahassee, FL 32301
850-942-8430
Justin.Keen@usdoj.gov

_____
Date   05/19/2022

37