

**GOVERNMENT EXHIBIT**

**2**

US v. Brian Wedgeworth
4:21cr50/RH

| Name | Length | Size |
|---|---|---|
| 🎵 73015509_Jan_17_2022_14_10_26_PM_205█████.mp3 | 00:16:13 | 951 KB |
| 🎵 73015509_Jan_28_2022_16_46_03_PM_205█████.mp3 | 00:16:00 | 939 KB |
| 🔺 73015509_May_20_2022_19_02_13_PM_251█████.wav | 00:16:10 | 1,541 KB |
| 🔺 73015509_May_21_2022_10_56_22_AM_205█████.wav | 00:16:16 | 1,550 KB |
| 🔺 73015509_May_22_2022_11_09_09_AM_205█████.wav | 00:16:15 | 1,549 KB |
| 🔺 73015509_May_26_2022_11_16_42_AM_205█████.wav | 00:15:49 | 1,508 KB |

12-20-2021 thru 2-3-2022

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, James Mitchell Harrell, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by Federal Bureau of Prisons, and my title is Investigator. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of FCI Tallahassee. The attached records consist of 61.3MB calls 270 KB emails (pages/CDs/megabytes). I further state that:

a.  all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of FCI Tallahassee, and they were made by FCI Tallahassee as a regular practice; and

b.  such records were generated by TRUFONE (calls) TRULINCS (Email) electronic process or system that produces an accurate result, to wit:

   1. the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of FCI Tallahassee in a manner to ensure that they are true duplicates of the original records; and

   2. the process or system is regularly verified by FCI Tallahassee, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

4-19-2022
Date

[Signature]
Signature

04/19/2022 - 05/26/2022{

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, __Chriselle Robbins__, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by __Federal Bureau of Prisons (BOP)__, and my title is __Special Investigative Services Technician__. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of __BOP FCI Tallahassee__. The attached records consist of __approx 67 MB (calls) / 39 KB (emails)__ (pages/CDs/megabytes). I further state that:

    a. all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of __BOP FCI Tallahassee__, and they were made by __BOP FCI Tallahassee__ as a regular practice; and

    b. such records were generated by __TruFONE (calls) / TruLINKS (email)__ electronic process or system that produces an accurate result, to wit:

        1. the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of __BOP FCI Tallahassee__ in a manner to ensure that they are true duplicates of the original records; and

        2. the process or system is regularly verified by __BOP FCI Tallahassee__, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

__8/9/2022__
Date

Signature