# United States District Court
## CRIMINAL MINUTES - SENTENCING

Case No.: <u>4:21cr50-RH</u>     Time Commenced: <u>1:01 p.m.</u>
Date: <u>September 1, 2022</u>     Time Concluded: <u>2:19 p.m.</u>

---

PROCEEDINGS: Sentencing Hearing held. Defendant is sentenced to 84 months on Counts 1-22 and 24-25 all to run concurrently, plus 24 months consecutive on Count 23, for a combined total of 108 months BOP. A term of Supervised Release of 3 years is imposed (1 year on Count 23, and 3 years on all other counts to run concurrently). SMA $2,500.00. Fine waived. Restitution as outlined in PSR. Forfeiture.

---

PRESENT:   **ROBERT L. HINKLE, U.S. DISTRICT JUDGE**

Deputy Clerk: Cindy Markley
Official Court Reporter: Megan Hague
Probation: April McCommon
Asst. U.S. Attorney: Justin Keen

---

U.S.A v.                                          ATTORNEY FOR DEFENDANT:

<u>BRIAN BRAINARD WEDGEWORTH</u>          <u>Joseph DeBelder</u>
☒ present   ☒ custody   ☐ O/R              ☒ present   ☒ appointed   ☐ retained

---

☒   DFT has read the PSR report and has discussed it with attorney

☐   Objections were made to the PSR

☐   Notice of Enhancement filed     ☐ Court questions DFT about prior conviction

☐   Report & Recommendation of U.S. Magistrate Judge is Accepted   ☐ Court Accepts Guilty Plea

☒   DEFENDANT ADJUDICATED GUILTY OF COUNT(S): <u> 1-25 </u>; SENTENCE IMPOSED

☒   REMANDED to custody of Bureau of Prisons:
    on count(s)   <u>1-22, 24-25</u>   imprisonment for a term of <u>84 months, all concurrent</u>
                  <u>  23  </u>        imprisonment for a term of <u>24 months, consecutive</u>
    with sentences to run ☒ concurrently on Counts 1-22 & 24-25 and ☒ consecutively to Count 23

☒   SUPERVISED RELEASE upon completion of term of imprisonment for a period of <u>3 years (1 year on Count 23, and 3 years on all other counts to run concurrently)</u>

☒   FINE PAYMENT:   ☒ Fine waived;  ☐ Fine of $<u>    </u>;  ☒ SMA OF $<u>2,500.00</u> due immediately

| | |
|---|---|
| ☒ | RESTITUTION:  DFT is liable for restitution as outlined in PSR |
| ☒ | FORFEITURE:  ☐ No forfeiture order   ☒ DFT to forfeit assets identified in the order |
| ☒ | CUSTODY STATUS: <br> ☒ DFT committed to the custody of the U.S. Department of Justice. <br> ☐ DFT to designated institution at his own expense no later than _____ on _____. |
| ☒ | ADDITIONAL RECOMMENDATIONS: <br> ☐ Substance Abuse Treatment while in the custody of BOP <br> ☒ Designation near  Birmingham, Alabama_____ |
| ☒ <br> ☐ | SPECIAL CONDITIONS OR MODIFICATIONS (as outlined in PSR): <br> DFT shall submit to:  ☐ testing for the use of drugs or alcohol <br>   ☐ Substance abuse treatment as may be directed by U.S. Probation Officer <br>   ☐ Mental Health treatment if deemed necessary by U.S. Probation Officer |
| ☒ | As directed by U.S. Probation Officer, DFT shall enroll in the probation office's Computer and Internet Monitoring Program (CIMP) and shall abide by the requirements of the CIMP program and the Acceptable Use Contract |
| ☒ | DFT shall provide requested financial information (business or personal) to U.S. Probation Officer |
| ☒ | DFT must not dispose of any asset without prior approval of the U.S. Probation Officer |
| ☐ | DFT must cooperate with the IRS and file all required income tax documentation |
| ☒ | DFT must not incur new credit charges or open additional lines of credit without prior approval of the U.S. Probation Officer |
| ☒ | DFT must make monthly payments in the amount of not less than $200 per month (or any adjusted amount by court order) towards any unpaid restitution, fines, and/or assessments |
| ☐ | DFT shall notify U.S. Probation Officer ten days prior to any change of residence or employment |
| ☒ | DFT shall cooperate with U.S. Probation Officer and/or the appropriate state agency in the establishment and enforcement of child support payments |
| ☐ | DFT must submit to search by U.S. Probation Officer |
| ☐ | ADDITIONAL TERMS: |
| ☐ | Remaining count(s) ____ are dismissed on government motion |
| ☒ | Court informs DFT of right to appeal <br> ☐ DFT requests that the Clerk of Court file a Notice of Appeal on his behalf |

PROCEEDINGS:
1:01   Court in session
         Court reviews sentencing guidelines
1:04   Statement to the Court by Defendant
1:05   Statement to the Court by Defense (DeBelder)
1:13   Statement to the Court by L.R.
1:22   Statement to the Court by L.H.
1:24   Statement to the Court by Government (Keen)

| | |
|---|---|
| 1:44 | Statement to the Court by Defense (DeBelder) |
| 1:49 | Court addresses the gallery and the Defendant |
| 2:02 | Court states sentence that will be imposed with reasoning |
| 2:03 | Ruling by Court: Defendant is sentenced to 84 months on Counts 1-22 and 24-25 all to run concurrently, plus 24 months consecutive on Count 23, for a combined total of 108 months. A term of Supervised Release of 3 years is imposed (1 year on Count 23, and 3 years on all other counts to run concurrently). SMA $2,500.00. Fine waived. Restitution as outlined in PSR. Forfeiture. |
| 2:08 | Court clarifies forfeiture and restitution |
| 2:19 | Court adjourned |